**FILED: JUN 16, 2014**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CV 14-04413-GHK |
| | ) | CR 10-00602-GHK-1 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER REQUIRING RETURN |
| | ) | |
| VICTOR MANUEL HURTADO, III, | ) | TO § 2255 MOTION |
| | ) | |
| Defendant. | ) | |

Based upon Defendant's Motion pursuant to Title 28, United States Code, Section 2255 filed herein, and good cause appearing:

**IT IS HEREBY ORDERED** that the United States Attorney file an Opposition to the Motion on or before July 14, 2014, accompanied by all records, and that a copy of the Opposition be served upon Defendant prior to the filing thereof.

**IT IS FURTHER ORDERED** that if the Defendant desires to file a Reply to the Opposition, he shall do so by August 4, 2014, setting forth separately: (a) his admission or denial of any new factual allegations of the Return, and (b) any additional legal arguments. If Defendant fails to file a timely Reply, or otherwise does not dispute the Government's arguments in its Opposition, such failure shall be deemed Defendant's agreement with the Government's

1  Opposition on any matter not timely disputed or addressed by
2  Defendant.
3      **IT IS FURTHER ORDERED** that if any briefing or other paper
4  submitted to be filed and considered by the Court does <u>not</u> include
5  a Certificate of Service upon Plaintiff, or counsel for Plaintiff,
6  it will be stricken from this case and disregarded by the Court.
7      DATED: June 16, 2014

```
                              _____
                                   GEORGE H. KING
                              Chief U.S. District Judge
```